IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kay F. Paschal, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C/A No.: 3:14-cv-04737-TLW |
| vs. ) | |
| ) | |
| Leon Lott, *in his individual and official capacity*; Stan Smith, *in his individual and official capacity*; Howard Hughes, *in his individual and official capacity*; Heidi Scott, *in her individual and official capacity, also known as* Heidi Jackson; and Richland County South Carolina, ) ) ) ) ) ) ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 5, 2015, this Court entered an Order stating that "the Court finds that there are grounds to grant the motion to dismiss" filed by Defendants Stan Smith and Howard Hughes. (ECF No. 20). That Order further provided that "the Plaintiff may file a proposed amended complaint… within thirty (30) days of the entry of this order." (Id.). The Plaintiff failed to file any amendment to her complaint. Failure to file an amended complaint within twenty (20) days from the entry of this order will result in dismissal of the complaint against Defendants Stan Smith and Howard Hughes.

**IT IS SO ORDERED**.

s/Terry L. Wooten
July 22, 2015                                                                           Chief United States District Judge
Columbia, South Carolina