IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kay F. Paschal, | ) | C/A No. 3:14-4737-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Leon Lott; Stan Smith; Howard Hughes; Heidi Scott, *a/k/a Heidi Jackson*; *all in their individual and official capacities*; Richland County South Carolina, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, who is represented by counsel, filed this matter alleging violations of her civil rights by the named defendants.[1] The defendants filed a motion for summary judgment on December 22, 2015, pursuant to the Federal Rules of Civil Procedure. (ECF No. 40.) Plaintiff moved for and was granted an extension of time with which to respond to the defendants' motion. (ECF Nos. 42 & 46.) However, as of the date of this order, the plaintiff has failed to respond to the motion in accordance with Local Civil Rule 7.06 (D.S.C.). As such, it appears to the court that she does not oppose the motions and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendants' motion for summary judgment within seven (7) days from the date of this order. Plaintiff is further advised that if she fails to respond, this action may be decided on the record presented in support of the defendants' motion, see Local Civil Rule

---

[1] This action was removed from the Richland County Court of Commons Pleas.



7.06 DSC, or may be recommended for dismissal with prejudice for failure to prosecute. See <u>Davis v. Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

February 3, 2016
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE